03-72211
13 pages
Exh A





**amazon**.com.

VIEW CART | WISH LIST | YOUR ACCOUNT | HELP

Shop in **Sports & Outdoors** (Beta-What is this?)

| WELCOME | YOUR STORE | BOOKS | APPAREL & ACCESSORIES | ELECTRONICS | TOYS & GAMES | HOME & GARDEN | TOOLS & HARDWARE | MUSIC |

SEE MORE STORES   Your Gold B

SEARCH MUSIC   BROWSE STYLES   CLASSICAL   TOP SELLERS   NEW & FUTURE RELEASES   FREE DOWNLOADS   ESSENTIAL CDS   USED MUSIC

Shoes, shoes, shoes. 500+ brands for you.
Apparel & Accessories   Shop now

**SEARCH**

Popular Music ▼

GO!

Classical Power Search

**WEB SEARCH**

GO!

Powered by Google

**MUSIC INFORMATION**

**Explore this album**
- buying info
- see track listings
- customer reviews

**RATE THIS ALBUM**

I dislike it     I love it!

1   2   3   4   5

Submit

Edit your ratings

**Favorite Magazines!**



Subscribe to music magazines today.

# Life After Death
Natas



(more on the way).

**List Price:** $16.98
**Price:** **$16.98** & eligible for **FREE Super Saver Shipping** on orders over $25. See details.

**Availability:** Usually ships within 24 hours
Only 1 left in stock--order soon

13 used & new from $7.99

‣ See more product details



**READY TO BUY?**

Add to Shopping Cart

**or**

Sign in to turn on 1-Click ordering.

**MORE BUYING CHOICES**

**13 used & new** from $7.99

Have one to sell? Sell yours here

Add to Wish List

Add to Wedding Registry
Don't have one?
We'll set one up for you.

## Better Together

Buy this album with *Multikillionaire* ~ Natas today!

 

**Buy Together Today: $33.96**

 Buy both now!

## Customers who bought this title also bought:

- *Kkkill the Fetus* ~ Esham
- *Blaze4me [EXPLICIT LYRICS]* ~ Natas
- *Www.Com* ~ Natas
- *Boomin Words From Hell* ~ Esham
- *Maggot Brain Theory [EXPLICIT LYRICS]* ~ Esham
- *Vol. 2-Judgement Day* ~ Esham
- *Doubelievengod* ~ Natas
- *Detroit Dogshit [EXPLICIT LYRICS]* ~ Esham

‣ **Explore Similar Items:** 18 in Music

## Product Details

- **Audio CD** (April 25, 2000)
- **Label:** Tvt
- **Catalog:** #2056
- **ASIN:** B00004SYG1
- **Average Customer Review:** ★★★★★  Based on 4 reviews. Write a review.
- **Amazon.com Sales Rank:** 181,028

## What's Your Advice?

Is there an album you'd recommend instead of or in addition to this one? Let the world know! Enter the album's ASIN (what's an ASIN?) in the box below, select advice type, then click Submit.

**I recommend:** [        ]   ⦿ in addition to this album   [Submit]
                              ◯ instead of this album

## Track Listings

1. Life After Death
2. Did It Like That
3. Dance
4. Toss-Up
5. Bitch Stop Lyin'
6. Bad Guys Never Lose
7. 1 Time 4 Yo Mind
8. Get My Head Together
9. Hell Raiser
10. Bitches on My Mind
11. Mysterious Ways
12. Rock It Deadly
13. Who Am 1
14. Spent My Last on a Hoe
15. Bitch You Can't Have Me
16. Home of the Brave
17. Dirty Mind
18. I Ain't Got Shit to Lose
19. In the Name of RLP
20. Dancin' on Ya Grave

## All Customer Reviews
**Average Customer Review:** ★★★★★

**Write an online review and share your thoughts with other customers.**

★★★★★ **slit my wrist, drink an orange juice**, October 26, 2003
Reviewer: **jzi_house (see more about me)** from Kansas City, KS
Wicked, old school, Esham was like 15 or 16 when him and his boys from Natas put out this cd. Esham is the man. mmfcl

Was this review helpful to you?   yes   no

★★★★★  **old school natas**, June 30, 2003
Reviewer: **david campbell (see more about me)** from santa rosa, ca United States
This one's definitely for the true natas fans only. If you appreciate the old school style of natas than this is a must have. However, before getting this one, go out and get doubelievcingod or www.com. The sound quality of this album is not that great. But it still has some good songs on it.

Was this review helpful to you?   yes   no

1 of 2 people found the following review helpful:

★★★★★  **Life After Death Which one do I choose**, April 21, 2001
Reviewer: **zooyork_2001 (see more about me)** from Detroit
Ahh yeaaa, the natas cd that brings back memories from years back. These guys are fresh. If you like that wicked style of rap, then pick this up. this is definate old school from natas. My favorite tracks are Dance and Life after Death. Pick it up, support the underground, not the mainstream..

Was this review helpful to you?   yes   no

1 of 1 people found the following review helpful:

★★★★★  **Natas~straight from Flint**, June 11, 2000
Reviewer: **A music fan** from Davison, mi United States
Natas' rap style has always been a favorite of mine. It's old school rap that brings out the memories when "you" first discovered rap as music. They helped start rap and continue to not let us down.

Was this review helpful to you?   yes   no

---

**Customers who bought titles by Natas also bought titles by these artists:**

- ESham
- Mastamind
- Twiztid
- Marz
- Halfbreed

› **Explore similar artists**

## Listmania!

- Straight outta Motown: A list by kevinn d. harris, top 5 Detroit hip hop chit
- My most listened to CD's: A list by HalfBreedPsycho, High School Student
- Underground Artists Who Are Straight Dope!: A list by a_m_k_r-4-lyfe, Underground Rap Fan

› Let us know if any of these lists are inappropriate.

### Browse for music in:

- Indie Music > Rap & Hip-Hop > General
- Styles > Rap & Hip-Hop > General

## Feedback

- **I have listened to this recording, and I want to review it.**
- E-mail a friend about this album.
- Write a So You'd Like to... guide.
- Is there a specific product you'd like us to sell?
  Tell us about it.



## Suggestion Box

Your comments can help make our site better for everyone. If you've found something incorrect, broken, or frustrating on this page, let us know so that we can improve it. Please note that we are unable to respond directly to suggestions made via this form.

**If you need help with an order, please contact Customer Service.**

**Please mark as many of the following boxes that apply:**

☐ Product information is missing important details.

☐ Product information is incorrect. Propose corrections using our Online Catalog Update Form.

☐ The page contains typographical errors.

☐ The page takes too long to load.

☐ The page has a software bug in it.

☐ Content violates Amazon.com's policy on offensive language.

☐ Product offered violates Amazon.com's policy on items that can be listed for sale.

**Comments or Examples:**
Examples: Missing information such as dimensions and model number, typos, inaccuracies, etc.

Submit

**Where's My Stuff?**
• Track your recent orders.
• View or change your orders in Your Account.
• See our animated demo!

**Shipping & Returns**
• See our shipping rates & policies.
• Return an item (here's our Returns Policy).

**Need Help?**
• New customer? Click here to learn about searching, browsing, and shopping at Amazon.com.
• Forgot your password? Click here.

• Redeem or buy a gift certificate.
• Visit our Help department.

Search  Popular Music ▾  for  [        ]  GO!

## Your Recent History
Learn More

**Recently Viewed Categories**
 Music

**Recent Searches**
 In music: Life After Death

Turn your past music purchases into $$$
**Learn more about selling at Amazon.com today!**

Top of Page

**Music Search | Browse Styles | Classical | Top Sellers | New & Future Releases**
**Free Downloads | Essential CDs | Used Music**

Amazon.com Home | Directory of All Stores

Our International Sites: Canada | United Kingdom | Germany | Japan | France

Contact Us | Help | Shopping Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Releases | Join Our Staff

## Bottom of the Page™ Deals for February 18
**Amazon.com = low prices**. Save up to **50%** on these **24-hour** deals, updated every day at noon (central time).

|  | Our Price | You Save | |
|---|---|---|---|
| Wusthof Silverpoint 10-Piece Knife Block Set<br>A gift any chef would cherish--laser-crafted, precision-ground Wusthof knives. | $39.99 | $209.01 (84%) | ☐ |
| Braun Oral-B D17545 3D Excel Pulsating Toothbrush<br>Remove plaque and help prevent gum disease with the Excel. | $64.99 | $35.01 (35%) | ☐ |
| Konica Single Use 35mm Camera with Flash (8-Pack)<br>Take crisp, focused snapshots wherever you go. | $34.19 | $5.80 (15%) | ☐ |
| Anolon Classic 12-Inch Skillet<br>Three-inch sides and a nonstick surface make this skillet perfect for pan-frying. | $19.99 | $68.01 (77%) | ☐ |
| Atkins Diet Advantage Bars, S'mores (15 Bars)<br>Rich, chocolaty s'mores flavor without the carb overload, without the guilt. | $19.99 | $17.36 (46%) | ☐ |
| Neutrogena Healthy Skin Anti-Wrinkle Cream, Original Formula SPF 15 1.4 oz<br>Neutrogena helps fight signs of aging from the past, present, and in the future. | $9.99 | $2.24 (18%) | ☐ |
| Chaser Freedom from Hangovers, Caplets - 40 ea<br>Chase away hangovers and wine headaches before they start. | $12.99 | | ☐ |
| Ocuvite PreserVision - 120 ea<br>The number-one supplement brand recommended by eye-care professionals. | $9.99 | $4.88 (33%) | ☐ |
| Zone Perfect All Natural Nutrition Bar, Chocolate Caramel Cluster (12 Bars)<br>High-protein, all-natural caramel clusters--this bar's Zone Perfect. | $13.99 | $4.26 (23%) | ☐ |

**FREE Super Saver Shipping on orders over $25.** See details.    ▶ Add selected items to cart

Amazon.com now offers bargains on brand-name essentials, all priced so low they've sunk to the bottom of the page! We take up to 50% off standard retail prices and deliver right to your door--no club fees, no hassle, no parking lot. These offers are only good until they're gone, and only for 24 hours. Check back every day at noon (central time) for all-new Bottom of the Page™ Deals.

Conditions of Use | Privacy Notice © 1996-2004, Amazon.com, Inc. or its affiliates



## amazon.com.

VIEW CART | WISH LIST | YOUR ACCOUNT | HELP



**Sports & Outdoors**
(Beta-What is this?)

WELCOME | YOUR STORE | BOOKS | APPAREL & ACCESSORIES | ELECTRONICS | TOYS & GAMES | HOME & GARDEN | TOOLS & HARDWARE | MUSIC | SEE MORE STORES | Your Gold Bi

SEARCH MUSIC | BROWSE STYLES | CLASSICAL | TOP SELLERS | NEW & FUTURE RELEASES | FREE DOWNLOADS | ESSENTIAL CDS | USED MUSIC



RALPH LAUREN
THE WINTER CLEARANCE EVENT • UP TO 70% OFF
POLO.COM
↦ Shop Now at Amazon.com

**SEARCH**

Popular Music ▾

GO!

Classical Power Search

**WEB SEARCH**

GO!

Powered by Google

**MUSIC INFORMATION**

**Explore this album**
buying info
see track listings
customer reviews

RECENTLY VIEWED

 Life After Death ~ Natas

RATE THIS ALBUM

I dislike it          I love it!
○  ○  ○  ○  ○
1   2   3   4   5
Submit
Edit your ratings

**Favorite Magazines!**

MAGAZINES

**Explore our new Magazine Subscriptions store.**

## Kkkill the Fetus
ESham



**List Price:** $16.98
**Price:** **$16.98** & eligible for **FREE Super Saver Shipping** on orders over $25. See details. ⊕⊗

**Availability:** Usually ships within 2 to 3 days

**10 used & new** from $12.91

↦ See more product details

**Better Together**

Buy this album with *Detroit Dogshit* ~ Esham today!
**Buy Together Today: $33.96**
🛒 Buy both now!

**Customers who bought this title also bought:**

- *Boomin Words From Hell* ~ Esham
- *Dead Flowerz* ~ Esham
- *Closed Casket [EXPLICIT LYRICS]* ~ Esham
- *Vol. 2-Judgement Day* ~ Esham
- *Bruce Wayne* ~ Esham
- *Vol. 1-Judgement Day* ~ Esham
- *Multikillionaire* ~ Natas
- *Www.Com* ~ Natas

↦ **Explore Similar Items:** 20 in Music

**Product Details**

**READY TO BUY?**

🛒 Add to Shopping Cart
**or**
Sign in to turn on 1-Click ordering.

**MORE BUYING CHOICES**

**10 used & new** from $12.91

Have one to sell? Sell yours here

Add to Wish List

Add to Wedding Registry
Don't have one?
We'll set one up for you.

- **Audio CD** (April 25, 2000)
- **Label:** Tvt
- **Catalog:** #2066
- **ASIN:** B00004SYFX
- **Other Editions:** Audio Cassette

- **Average Customer Review:** ★★★★☆  Based on 6 reviews. Write a review.
- **Amazon.com Sales Rank:** 96,801

## What's Your Advice?

Is there an album you'd recommend instead of or in addition to this one? Let the world know! Enter the album's ASIN (what's an ASIN?) in the box below, select advice type, then click Submit.

**I recommend:** [        ]   ⦿ in addition to this album    [ Submit ]
                             ◯ instead of this album

## Track Listings

1. What Is Evil
2. Symptoms of Insanity
3. Runnin' From Me
4. Voices in My Head
5. No Singin/Misery
6. Jackie
7. Game of Death
8. Headache/Wet Day Dreamer
9. Hot Booty
10. I Thought I Knew
11. If This Ain't Hell
12. My Understanding Is Zero
13. Perpetration
14. Freak Nasty
15. Headhunter
16. Kkkill the Fetus
17. Don't Blame Me
18. You Still Hoe'n
19. Sunshine
20. My Mind's Blowin Up
21. Get on Down
22. 666
23. Hellterskkkelter

## All Customer Reviews
**Average Customer Review:** ★★★★☆

**Write an online review and share your thoughts with other customers.**

0 of 2 people found the following review helpful:

★★★★★ **KKKill,** June 27, 2003
Reviewer: **Insane God** from Detroit, MI USA
Well Esham is the best horror raper out there plus he is a juggolo so that make anythings he doses 5 stars

Was this review helpful to you?    yes    no

1 of 2 people found the following review helpful:

★★★★★ **one of the meany uncrowned king of rap,** December 14, 2002
Reviewer: **Cheyenne "The Raven" Blackbird (see more about me)** from Pacific northwest
definetly was at his creative peak with this cd exsploitive or not.esham dark arkane story telling burn images right into your psyche.kkkill the fetus is a dark album for your dark side

Was this review helpful to you?    yes    no

0 of 2 people found the following review helpful:

★★★★★ **East Side ... And Money still running things outta 313!,** June 25, 2002
Reviewer: **Kevin** from Gallatin, TN
Esham to me is one of the illest rappers from the Mid-West Michigan. A lot of people are scare of him because of the way he raps, people think he satanist. That just goes to show how stupid some people are. This is my second favorite Esham album. My favorite is "Dead Flowerz". Esham is one of the greatest raps I would lable him in the lable as perhaps 2Pac. I give hella props to my souljas outta Detroit like SOL46 and Twiztid.

Was this review helpful to you?    yes    no

1 of 2 people found the following review helpful:

★★★★★ **Buy this now!,** August 13, 2001
Reviewer: **A music fan** from Dearborn, MI United States
You'll never hear an album like this as long as you live. At the time he recorded this, Esham was at his creative peak. The hands down best rap album ever, by the most underrated rap artist of our time. Don't believe me? Buy it and you'll see.

Was this review helpful to you?    yes    no

⯈ **See all 6 customer reviews...**

**Customers who bought titles by Esham also bought titles by these artists:**

- Natas
- Twiztid
- Mastamind
- Insane Clown Posse
- Abk

▸ **Explore similar artists**

## Listmania!

- A sampling of my favorite CDs.: A list by jimmywadd, Punk Kid, no qualifications
- Wicked Flowz & Siccmade Rapps: A list by siccsoundz, Horrorcore Fanatics
- music to get chokeslammed to: A list by poppa_shongo, magic ninja

▸ Let us know if any of these lists are inappropriate.

### Browse for music in:

- Indie Music > Rap & Hip-Hop > General
- Styles > Rap & Hip-Hop > General

## Feedback

- **I have listened to this recording, and I want to review it.**
- E-mail a friend about this album.
- Write a So You'd Like to... guide.
- Is there a specific product you'd like us to sell?
  Tell us about it.

 **Suggestion Box**

Your comments can help make our site better for everyone. If you've found something incorrect, broken, or frustrating on this page, let us know so that we can improve it. Please note that we are unable to respond directly to suggestions made via this form.

**If you need help with an order, please contact Customer Service.**

**Please mark as many of the following boxes that apply:**

☐ Product information is missing important details.

☐ Product information is incorrect. Propose corrections using our Online Catalog Update Form.

☐ The page contains typographical errors.

☐ The page takes too long to load.

☐ The page has a software bug in it.

☐ Content violates Amazon.com's policy on offensive language.

☐ Product offered violates Amazon.com's policy on items that can be listed for sale.

**Comments or Examples:**
Examples: Missing information such as dimensions and model number, typos, inaccuracies, etc.

[ Submit ]

| **Where's My Stuff?** | **Shipping & Returns** | **Need Help?** |
|---|---|---|
| • Track your recent orders. | • See our shipping rates & policies. | • New customer? Click here to learn about searching, browsing, and shopping at Amazon.com. |
| • View or change your orders in Your Account. | • Return an item (here's our Returns Policy). | • Forgot your password? Click here. |
| • See our animated demo! | | • Redeem or buy a gift certificate. |
| | | • Visit our Help department. |

Search [ Popular Music ▼ ] for [          ] (GO!)

**Your Recent History**
Learn More

**Recently Viewed Products**     **Recently Viewed Categories**     **Recent Searches**
Life After Death ~ Natas          Music                              In music: KKKill the Fetus
                                                                     In music: Life After Death

↗ **Visit the Page You Made**

Turn your past music purchases into $$$
**Learn more about selling at Amazon.com today!**

Top of Page

**Music Search  |  Browse Styles  |  Classical  |  Top Sellers  |  New & Future Releases**
**Free Downloads  |  Essential CDs  |  Used Music**

Amazon.com Home  |  Directory of All Stores

Our International Sites: Canada  |  United Kingdom  |  Germany  |  Japan  |  France

Contact Us  |  Help  |  Shopping Cart  |  Your Account  |  Sell Items  |  1-Click Settings

Investor Relations  |  Press Releases  |  Join Our Staff

## Bottom of the Page™ Deals for February 18

**Amazon.com = low prices**. Save up to **50%** on these **24-hour** deals, updated every day at noon (central time).

|  | Our Price | You Save |  |
|---|---|---|---|
| **Wusthof Silverpoint 10-Piece Knife Block Set**<br>A gift any chef would cherish--laser-crafted, precision-ground Wusthof knives. | $39.99 | $209.01<br>(84%) | ⌐ |
| **Braun Oral-B D17545 3D Excel Pulsating Toothbrush**<br>Remove plaque and help prevent gum disease with the Excel. | $64.99 | $35.01<br>(35%) | ⌐ |
| **Konica Single Use 35mm Camera with Flash (8-Pack)**<br>Take crisp, focused snapshots wherever you go. | $34.19 | $5.80<br>(15%) | ⌐ |
| **Anolon Classic 12-Inch Skillet**<br>Three-inch sides and a nonstick surface make this skillet perfect for pan-frying. | $19.99 | $68.01<br>(77%) | ⌐ |
| **Atkins Diet Advantage Bars, S'mores (15 Bars)**<br>Rich, chocolaty s'mores flavor without the carb overload, without the guilt. | $19.99 | $17.36<br>(46%) | ⌐ |
| **Neutrogena Healthy Skin Anti-Wrinkle Cream, Original Formula SPF 15 1.4 oz**<br>Neutrogena helps fight signs of aging from the past, present, and in the future. | $9.99 | $2.24<br>(18%) | ⌐ |
| **Chaser Freedom from Hangovers, Caplets - 40 ea**<br>Chase away hangovers and wine headaches before they start. | $12.99 |  | ⌐ |
| **Ocuvite PreserVision - 120 ea**<br>The number-one supplement brand recommended by eye-care professionals. | $9.99 | $4.88<br>(33%) | ⌐ |
| **Zone Perfect All Natural Nutrition Bar, Chocolate Caramel Cluster (12 Bars)**<br>High-protein, all-natural caramel clusters--this bar's Zone Perfect. | $13.99 | $1.26<br>(23%) | ⌐ |

**FREE Super Saver Shipping on orders over $25.** See details.          ▶ Add selected items to cart

Amazon.com now offers bargains on brand-name essentials, all priced so low they've sunk to the bottom of the page! We take up to 50% off standard retail prices and deliver right to your door--no club fees, no hassle, no parking lot. These offers are only good until they're gone, and only for 24 hours. Check back every day at noon (central time) for all-new Bottom of the Page™ Deals.

---

Conditions of Use | Privacy Notice © 1996-2004, Amazon.com, Inc. or its affiliates